UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__UMAR ALLI__

---
Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-
__EDMOUNDS, ET., AL__
__STERLING, ET., AL__

__SEE ATTACHED TWO PAGES__

---
Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

42 U.S.C 1983
18 U.S.C 241
18 U.S.C 242
42 U.S.C 1985
42 U.S.C 1986

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.



Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

UMAR _____ ALLI _____
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

22 B 2174

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

GREAT MEADOW C of

Current Place of Detention

P.O. BOX 51

Institutional Address

Comstock _____ NEW YORK _____ 12821
County, City    State    Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☒ Pretrial detainee  At All times RELEVANT HERETO

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced prisoner  At this instance

☐ Other: _____

## IV. DEFENDANT INFORMATION  SEE COVER PAGES

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 2:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 3:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

Defendant 4:

First Name        Last Name        Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City        State        Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: New york Citys' Department of Corrections, Rikers Island G.R.U.C facility.

Date(s) of occurrence: April 15 2021, April 23 2021, May 1 2021

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

See Attached (7) Pages

Page 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK x

PAGE 1 of 2

UMAR ALLI
        DEFENDANT

VS.

EDMUND #10909
WRIGHT #6486
BROWN #1699
MORALES #14587
D. BROWN #1689
MORALES #14587
PROVIDENCE #11248
Littles #2331
RICKETTS #9789
ROBINSON #5182
LEVY #18582
MARIANO #17993
STERLING #5574
SIMMS #9256
DAVIS #14464
NIHAL #8082
DEPUTY WARDEN CARTER #94
DEPUTY WARDEN HARRIS #1325
CAPTAIN MOODIE #593
CAPTAIN RUIZ #475
CAPTAIN AlIEYNE #574
JOHN DOE MEDICAL Doctors of Both
April 15 2021 USE'S OF FORCE,

42 U.S.C 1983
42 U.S.C 1985
42 U.S.C 1986
18 U.S.C 241
18 U.S.C 242

JURY TRAIL
DEMANDED

CIVIL RIGHTS ACT

PRO SE PLAINTIFF

PAGE 2 of 2
DEFENDANTS CONT'D

JOHN DOE MEDICAL DOCTORS of
APRIL 23 2021 & MAY 1st 2021,
ACTING WARDEN JEAN RENE,
INVESTIGATOR WEINBRECHT #832
INVESTIGATOR DJANOVIC
INVESTIGATOR COOPER #441
INVESTIGATOR AUSTRIE #35
INVESTIGATOR SEGOVIA
INVESTIGATOR SUKUMARAN #874
CAPTAIN MOLINA #1165
City of NEW YORK
John Doe GRVC Main yard-2
John Doe GRVC REC Officer-B
John Doe GRVC REC Officer-A
JANE DOE GRVC-CAP-CMC-MAX A
FORMER Cheif JENNINGS,

DEFENDANTS—

# STATEMENT OF CLAIM

(1) Each defendant herein is being sued in their individual and offical capacity for acting under color of state law and violating rules rights and statues that govern their position, and that are available to a pre-trail detainee and a citizen of the United States. Defendents Conduct explained further herein were violations condoned, and or conspired upon willfully and recklessly with evil intent.

(2.) Plaintiff hereby asserts Causes of Action for the violation of the Rules Rights and Privileges Secured by departmental rules, and secured by the Constitution.

(3) As a Pro Se Litigant Plaintiffs complaint should be construed liberally to raise the strongest arguements Wherefore Plaintiff raises and gives force to any and all applicable cause of action, claim, and federal claim that may be inferred from the Complaint. Including but not limited to, The fourteenth Amendment, fifth Amendment, Eighth Amendment, Denial of Adequate medical Care,* Spoilation of Evidence, Conspiracy of all acts complained of including yet not limited to spoilation of evidence, murder and/or attempt murder and assault., First Amendment violations, fourth Amendment violations Sixth Amendment violations, Spoliation of Medical records and Spoliation of incident video by intentionally mutilating and altering video. Nunez Federal mandate remedial order violations and monell claims for the long standing tolerated, condoned, Participated upon Policys and or Customs written or nonwritten that was deeply embeded and implemented law. That the Policy making defendants and the City of New York had knowledge of yet failed to cease the acts from continuing.

EPIC fail

(1) of 7

(4) Defendants Captain Ruiz, Captain Alleyne, Deputy warden Carter, Deputy warden Harris, Acting warden Jean Rene, Investigator WEINBRECHT, Investigator DJANOVIC, Investigator Cooper, INVESTIGATOR Austrie, Investigator Sukumaran, former CHEIF JENNINGS And City of New York are Collectively referred hereto as Policy Making defendants

(5) Defendants Wright, MORALES, PROVIDENCE, Littles, Ricketts, Levy, Mariano, Sterling, Simms, Davis, Nidel, Robinson are Collectively Known Herein as April 15 cospritors.

(6)    In response to plaintiff being a litigator whom filed ample grievances, In response to being a 9south detainee and in response to a use of force that occured on or about April 13 2021 While at A.M.K.C'S Rikers Island Plaintiff was retailated against in violation of the first Amendment.
   On April 15th 2021 Plaintiff was a victim of a Peruasive Practice of Seting inmates up to be Conspired upon by other inmates in houses that they Controled. Then was Jumped by inmates whom names he doesn't know And whom he wishes not to Persue any remedys against or identify nor has he. On April 15 2021 Before entering G.R.V.C Housing Area 5A Deputy Carter Deputy Harris And Security Officers that escorted discussed How they Conspired with Former Cheif Jennings in this long standing Plot to allow Problematic detaines to be assaulted at they request Cheif Jennings Captain Ruiz and Captain Alleyne Conspired these Plans among them selves and Deputy Carter, Deputy Harris

(2) of 7

and G.R.U.I.C staff. This Conspricy and retailaton was brought upon in violation of 42 U.S.C 1985, 42 USC 1986 and the first amendment. for plaintiff excersing his freedom of speech in form of greivances, his religious belief and former assaults imposed upon him in which they attempted to sexual assault and or kill and or seriously harm Plaintiff. And Plaintiff Complianed of such.

(7) Upon entering 5A housing area, I had 4 large Plastic bags filed with Property said bags were secured in Cell 33 on the top left tier of 5A

(8) At around 5:30 PM mutiple inmates attempted to jump Plaintiff as plaintiff was being jumped Officer edmounds Conspried with Policy making defendants and inmates and intentionally with evil intent Maliciously Sprayed Plaintiff while he was not Combative or assaultive and did not warrent the use of Chemical agents in violation of the NYC Doc Chemical agents directive.

(9) Officer Edmounds Sprayed Plaintiff twice in the facial area with a Prolong doseage and stated they "Should've killed you" and "You can't fight the whole house if you cant see" Despite this being fact the video Provided by NYC DOC Policy making defendants and the City Law Department was intentionally with malicious intent to avoid Prosecution and damage claim, Malice altered and only displays one burst of Chemical agents. Yet Officer Edmounds prior attorney agreed during Prior disposition his existance of knowledge that Plaintiff was sprayed twice.

(3) of 7

(10) Plaintiff then walked onto the vestibule and began taunting his opponets by laughing and dancing threw the pain commenting that the whole house was soft and couldn't beat me even if they jumped me.

(11) Officer Edmounds is then seen talking and conspring with the same inmates whom he was seen Conspring with when Ali initially entered the housing area and they discussed the plans to assault. At this later moment he was conspiring to allow inmates enter cell 33 where Ali's belongings were held and allow them to steal all items of material worth

(12) While on the vestibule John Doe Operators in Possesion of the following facility body Cameras as follows GRVC Main yard 2 GRVC-REC-OFICR-B, GRVC-REC-C, and G.R.V.C-CAP-CMC-MAX-A See Exhibit "A" Video Task form. Each John Doe Officer spoke of in form of knowledge in the existence of the Conspricy and retailiation and made aiding Comments and death threats. Affirming that the would let the inmates out to the vestibule to further assault Plaintiff and how they should've killed me and other harsh Comments despite

(13) Said truth and Policy making defendants knowing the facts after viewing the facility body cameras defendents J. Cooper and Policy making defendents intentional trumpercuited and altered said videos with spoilation intention to hid their aiding and abetting in this monell claim and retailiation and conspriagy. They all aided in deleting the seconds In which the worost things were said.

(14.) Officer Edmounds in attempt to further the assault walked onto the vestibule without properly securing the Gates thus Creating a further

(4) of 7

risk.

(15) When exiting the housing area officer edmound in agreement with his housing area inmates entered the 5A building Control bubble and from the electric Panel in the bubble buzzed Plaintiffs Prior Cell while multiple inmates stood in front of Cell awaiting to steal Property. Multiple inmates then entered and stole Property.

(16) Despite this being a fact Policy making defendants and defendant J. Cooper intentionally with malicious intent of Spoilation of evidence with held the Camera footage GenTec of the Top Tiers see Exhibit A.

(17) Detainees stole Approximately $350.00 Dollars worth of food plaintiff saved for Ramandan fast, also stolen was Personal Pictures of deceased loved ones and Children Photographs, Personal clothing, Sneakers, religious items and hygeine Products.

(18) While on the vestibule the John Doe Fcility Body Camera operators whom stood directly in front of Plaintiff behind the vestibule gate taunted Mr. ALI as Priorly stated for about two and a half hours, Only the GRVC Jane doe CMC MAX Captain walked away and turned off her body camera due to the harshness of John Doe Officers words yet these other operators had the body Cameras on the entire time whereas there should not be any gaps in the recordings. Except as for the malicious Intent of Policy making defendants as stated.

(19) After Two and a half hours a Probe team finally responded despite the NYC DOC Directive and fccility Command level operation orders. Plaintiff was then taken to Seg intake for decontamination and was then taken to the mini-clinic in which he requested to see a different doctor due to knowledge so'd doctor aids and abets with D.O.C Staff in falsify

(5) of 7

(20) Plaintiff was then taken to a different housing area in G.R.V.C in which was 7A at approximately 8:10 pm Upon entering housing area I was jumped by the Probe team in front of cell 22.

(21) Desipite their being a camera directly above 22 cell In which had a closer view of the incident Policy making defendants Intentionally withheld this camera angle with spoilation of evidence tatics.

(22) While on the floor officers used the hoovering tatic and Monell policy In which mutiple officer hover over a detainee while other Officers Use force unnessacary in hope to block the Camera from Seeing. Also the "Behind the Back" Tatic/Policy was used in which is long standing and deeply embeded in DOC Policy this is when the operator of a DOC hand held Camera fails to obtain a visual of the detainee while he's being assaulted.

(23) At the instantce discussed herein the April 15 Conspritors then Pulled his hair while on floor and choked him with there fingers Around his adams apple and also sneakily delivered closed fist blows to his body and facial area. Then at one point officer cut or attempted to cut Mr Alli with a unknown object then shouted he has a weapon In which he did not and may have been the object they used to cut him at this point or in the cell.

(24) Officers then placed Mr. Alli on the gourney and then rolled him out the housing area and led him in the 7 building vestibule. At this moment the April 15 Conspritors Whispered death threats and Stated thats why we cut you and place they buldging Penis in my face.

(6) of 7

(25.) Despite these Actions being recorded on the hand held video Camera Policy making defendants intentionally Altered the video and blanked out the Portions of the video in which Captured the above stated in the attempt to Spoilation of evidence.

(26) Plaintiff was on the vestibule for Approximately Ten(10)Minutes then rolled back in the housing area without being offered Medical attention in violation of the Nunez agreement despite having visable Injurys.

(27) Then the same assualtors Placed Alli in cell 22 and began to Sexually assault him and tried to cut him again then lefted out the area after ALLI attempted to make it out the cell to obtain medical attention.

(28) Plaintiff Constantly requested medical attention and was denied

(29.) MR. ALLI filed mutiple grievances and 311 Calls in which are also considered grievances in accordance to the N.Y.C DOC grievance Directive

(30) Taking it Easy Just want the Scoo that I Requested and this Can all be over Please and thank you.

MR. ALLI Gambino Gineno Tyrone massey Peter Rodriquez all have been a victims of these Spoilation of Evidence and Medical claims on mutiple date such as August 31 2020 August 29 2020 July 29 2020, November 28 2020 November 29 2020, July 29 2021 and mutiple other dates that can be Exposed on discovery. There is a long standing policy to alter D.O.C GenTec video John Doe President or CEO'S, Whom allow D.O.C To Alter the videos as stated in ALLI v. Palmer, ALLI V. SYLLA, ALLI v. New York City

(7) of 732

ExHIBIT A

## Video Request Task Form
**UOF # 2475/21**
**NON-UOF #**
**COD #**
**ID #**

Current Date: April 17, 2021

**GENETEC VIDEO**                    Requestor: J. Cooper

| Facility: GRVC | | Date: 4/15/21 | | |
|---|---|---|---|---|
| Camera IP | Location | From Hour | To Hour | Comments |
| 11.83 | GRVC 5A FRONT HSE | 1800 | 1900 | |
| 11.88 | GRVC 5A MAG | 1800 | 1900 | |
| 11.71 | GRVC 5A LFT LOW FRONT1 | 1800 | 1900 | |
| 11.68 | GRVC 5A RT LOW FRONT2 | 1800 | 1900 | |
| 11.67 | GRVC 5A RT LOW FRONT1 | 1800 | 1900 | |
| 11.70 | GRVC 5A RT LOW REAR2 | 1800 | 1900 | |
| 11.74 | GRVC 5A LFT LOW REAR2 | 1800 | 1900 | |
| 11.69 | GRVC 5A RT LOW REAR1 | 1800 | 1900 | |
| 10.40 | GRVC BLDG 5A | 1800 | 1900 | |
| 10.42 | GRVC BLDG 5B | 1800 | 1900 | |
| 77.179 | GRVC BLDG3-5 CORR1 | 1800 | 1900 | |
| 77.180 | GRVC BLDG3-5 CORR2 | 1800 | 1900 | |

**HANDHELD VIDEO**

| File Name | Facility Folder | Sub-folder |
|---|---|---|
| GR04152115005ADAUOF1914a.MTS | Probe Response | April 2021 |
| GR04152115005ADAUOF1914b.MTS | Probe Response | April 2021 |
| GR04152115005ADAUOF1914c.MTS | Probe Response | April 2021 |

**ID BODY CAMERA VIDEO**

| User ID | Source | Recorded Date & Time | UOF#/COD#/NON-UOF# |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

**FACILITY BODY CAMERA VIDEO**

| User ID | Source | Recorded Date & Time | UOF#/COD# |
|---|---|---|---|
| GRVC-MAINYARD-2 | P11628 | 4/15/2021 7:32:42 PM | U2475/21 |
| GRVC-REC-OFICR-B | P14286 | 4/15/2021 7:31:53 PM | U2475/21 |
| GRVC-REC-OFICR-B | P14286 | 4/15/2021 7:28:09 PM | U2475/21 |
| GRVC-REC-OFICR-B | P14286 | 4/15/2021 7:24:40 PM | U2475/21 |
| GRVC-REC- | P14286 | 4/15/2021 7:20:58 PM | U2475/21 |

Total DVDs Burned: _____

Page 1 of 2

DEF055

EXHIBIT B.

# NEW YORK CITY DEPART[MENT]
## INVESTIGATI[ON]
## INMATE VOLUNTA[RY STATEMENT]

Date: May 8, 2021        Time Int[erview]:

Location of Interview (Facility/Area): QL6

Inmate Name: UMAR ALLI

Inmate Book and Case Number: 210 19 6110

Inmate DOB: 12 17 91        Inmate Cell Assignment: _____

I hereby acknowledge that I made the following sta[te]ment to the New York City Department of Correction Investigation Division voluntarily and of [my] own free will without promise or hope of reward and that no one has threatened me in any way to pro[vide] this statement.

In accordance with Departmental Directive 501 [E]limination of Sexual Abuse and Sexual Harassment), you will not be subject to any for[m] retaliation for providing information in connection with this investigation by the New York C[ity] Department of Correction.

I made this statement to Investigator Checo, Shield #930, and Investigator Saldacciaga, Shield #880.

In retaliation from a use of force on ____ 2021 I was sent to GRVC. My first house was 5A I entered at 8:80 pm with large bags. After I was jumped the correctional officers allowed my property to be stolen I was then transferred to an SRG Latin King house 7A/22 cell. Upon entry I was subjected to a use of force in which I was assaulted physically and sexually and cut/slashed by the Probe team then they planted a weapon on me. After the use of excessive force I was rolled to the vestibule and taunt[ed] by the assailants also given death threats and siddiqued about being cut on the left side of my face at my ear level. Instead of being escorted to medical I was rolled back into the [ho]use 5 minutes later and sexual assaulted inside 22 cell of 7A. And not given medical attention I was then placed on dead lock in unit 9B and endured the same dead lock procedure of eight (8) days, I was then taken to recreation, medical and or adequate food for religious beliefs. As of today officer Bordeaux on May 8 2021 continued to have his hands in his pants while in a threating stance as if he had a weapon or was playing with his genitals, He then began to follow me around the ____ area ____ his body cam to authentic my claims along with the center footage.

Inmate Signature: _____        Date: 5-8-21   Time: 3:44
Investigator Witness: _____ 880        Date: 5-8-21   Time: 1531
Investigator Witness: _____        Date: 5-8-21   Time: 1331

Page ___ of ___

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Plaintiff suffered Mentally and Physically. Ranging from added depression and triggers to other mental health disorders. Plaintiff was inflicted damage to back, wrists, arms and laceration to face. Plaintiff also had pains to neck, legs and ankles. Plaintiff was ultimately denied Medical attention in response to the Second April 15 2021 Use of force and Each fire that errupted in Cell on April 23 2021, May 1 2021 and other dates. John Doe doctor denied medical treatment, and falsified medical records. In violation of the Nunez agreement, and facial scar/mark to left Ear

**VI.    RELIEF** Level

State briefly what money damages or other relief you want the court to order.

Each defendant is sued in their individual and Official Capacity. Mr. AwI Seeks Judgment awarding damages for each asserted Claim and for each Claimed injury. Any defendant whom fails to Plead and or respond has to pay a fee in the event of Entry of default and or default Judgment of Two Hundred thousand. Plaintiff also request Punitive damages for mental and Emotional injury, Compensatory damages for deprivation of each Protected Constitutional right or statue, Compensatory damages for mental and emotional injury. Plaintiff seeks punitive damages for each Protected Constitutional right or statue that any defendant violated with Malicious Conduct or intent. And punitive and Compensatory damages and money damages for sustained Physical injuries.
  Total Requested 3 Million Dollars.

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

__MARCH 21 2024__
Dated

_____
Plaintiff's Signature

__UMAR__          _____          __ALI__
First Name        Middle Initial        Last Name

__GREAT MEADOW Correctional facility P.O. Box 51, Comstock NY 12821__
Prison Address

__Comstock__          __NEW YORK__          __12821__
County, City              State              Zip Code

Date on which I am delivering this complaint to prison authorities for mailing:  __March 21 2024__

LEGAL MAIL

RECEIVED
APR -9 2024
PRO SE OFFICE

GREAT MEADOW
CORRECTIONAL FACILITY
B-1

PRO SE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

USPS
SDNY







CERTIFIED MAIL

9589 0710 5270 0830 4320 09