UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UMAR ALLI,                                              :
:
                    Plaintiff,           :
:       24-CV-2734 (VSB)
      - against -                               :
:       **ORDER**
:
STERLING, *et al.*,                                     :
:
                  Defendants.         :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On August 9, 2024, I granted Defendant City of New York's (the "City") motion to stay on the basis of the City's anticipated motion to enforce a settlement agreement involving Plaintiff Umar Alli in a separate case that could preclude Plaintiff's ability to prosecute the claims brought in this action. (Doc. 19.) I directed the City to update the Court on the status of the motion to enforce the settlement agreement every sixty days. (*Id.*) I last received an update from the City on February 7, 2025, (Doc. 26), which makes the latest update about a month overdue. The City is hereby ORDERED to file a status update as directed in my August 9, 2024 Order by May 23, 2025. The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

      SO ORDERED.

Dated: May 9, 2025
       New York, New York

                                                Vernon S. Broderick
                                                United States District Judge