UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
UMAR ALLI,                                              :
                                                        :
                              Plaintiff,                :
                                                        :              24-CV-2734 (VSB)
              - against -                               :
                                                        :                 **ORDER**
                                                        :
STERLING, *et al.*,                                     :
                                                        :
                              Defendants.  :
                                                        :
-------------------------------------------------------- X
VERNON S. BRODERICK, United States District Judge:

On August 9, 2024, I granted Defendant City of New York's (the "City") motion to stay

on the basis of the City's anticipated motion to enforce a settlement agreement involving

Plaintiff Umar Alli in a separate case that could preclude Plaintiff's ability to prosecute the

claims brought in this action.  (Doc. 19.)  I directed the City to update the Court on the status of

the motion to enforce the settlement agreement every sixty days.  (*Id.*)  I last received an update

from the City on March 24, 2026, (Doc. 35), which makes the latest update overdue.  The City is

hereby ORDERED to file a status update as directed in my August 9, 2024 Order by June 4,

2026.  The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Plaintiff.

SO ORDERED.

Dated:  May 28, 2026
         New York, New York

_____
Vernon S. Broderick
United States District Judge